**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL NO:**

WALKER JOHNSON and TONYA
JOHNSON, *Plaintiff*

vs. **COMPLAINT**

BRACHFELD & ASSOCIATES, *Defendant*

    Serve:  Brachfeld & Associates
              800 W. Sam Houston Pkwy.,
              Suite 200
              Houston, TX 77042

\* \* \* \* \* \* \* \*

NOW COMES Plaintiffs', WALKER JOHNSON and TONYA JOHNSON, by and through their attorneys, KROHN & MOSS, LTD., and for thier Complaint against Defendant, BRACHFELD & ASSOCIATES, alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

**PARTIES**

2. Plaintiffs', WALKER JOHNSON and TONYA JOHNSON ("Plaintiffs") are individuals who was at all times relevant hereto residing in the State of Kentucky, County of Breathitt.

3. Plaintiffs' are consumers as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiffs' allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiffs'.

5. Defendant is a national corporation with its headquarters in Houston, Texas.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. Defendant placed collection calls to Plaintiffs seeking and demanding payment for an alleged debt from LVNV Funding.

11. On May 11, 2011, Defendant's represetantive, Jennifer Cobalt, threatened to sue and "take legal action" against Plaintiffs if they did not pay the alleged debt.

12. Plaintiffs' told Defendant's representative, Jennifer Cobalt, that they had never heard of Defendant or LVNV Funding.

13. Defendant's representative, Jennifer Cobalt, told Plaintiffs that they had sent a letter to Plaintiffs on March 25, 2011; however, Plaintiffs' have not received said letter.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiffs.
   b. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiffs even though Defendant does not intend to do so.
   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiffs even though Defendant does not intend to do so.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs', WALKER JOHNSON and TONYA JOHNSON, respectfully request judgment be entered against Defendant, BRACHFELD & ASSOCIATES, for the following:

   a. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*
   b. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;
   c. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiffs', WALKER JOHNSON and TONYA JOHNSON, demand a jury trial in this cause of action.

DATED:  August 19, 2011               Respectfully Submitted,
                                      **KROHN AND MOSS, LTD.**


                                      By:  /s/Lee Cassie Yates
                                      Lee Cassie Yates – Atty No. 91821
                                      Attorney for Plaintiff
                                      KROHN & MOSS, LTD.
                                      10 N Dearborn Ave, 3rd Fl
                                      Chicago, Illinois  60602
                                      (312) 578-9428

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY           )
                            ) ss.
COUNTY OF BREATHITT         )

Plaintiff, Tonya Johnson, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
Tonya Johnson

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY         )
                          ) ss.
COUNTY OF BREAHITT        )

Plaintiff, Walker Johnson, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
Walker Johnson