UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 11-CV-267-KSF

WALKER JOHNSON and TONYA JOHNSON                                              PLAINTIFFS

v.                                            **ORDER**

BRACHFELD & ASSOCIATES                                                         DEFENDANT

* * * * * *

This matter is before the Court on plaintiffs' Notice of Acceptance of Offer of Judgment filed herein on October 12, 2011 [DE 7]. Nothing further has been filed in the record. Therefore, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket. The parties shall TENDER an agreed order dismissing this case with prejudice within thirty (30) days from the entry of this order. The Court retains jurisdiction over the settlement agreement and incorporates its terms herein. The Court will entertain a motion to redocket this action upon application to the Court within thirty (30) days from the entry of this order if the settlement is not consummated.

Dated this November 29, 2011.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**