**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

CIVIL NO: 5:11-cv-00267-KSF

WALKER JOHNSON and TONYA JOHNSON,

    Plaintiffs,

vs.

BRACHFELD & ASSOCIATES,

    Defendant

**NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFFS' MOTION TO AMEND OR ALTER THE JUDGMENT AND RENEWED MOTION FOR ATTORNEYS' FEES**

\* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \*\* \* \* \* \* \* \* \*

Now Come, Plaintiffs, Walker Johnson and Tonya Johnson, by and through their attorneys, Krohn & Moss, Ltd. ("K&M"), and hereby informs the Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipates will be finalized within the next 60 days.

Additionally, as the parties have reached a full settlement in this matter, Plaintiffs hereby inform this court that they withdraw Plaintiffs' Motion to Amend or Alter the Judgment Pursuant to 59(e) (Document No. 22) and Plaintiffs' Renewed Motion for Attorneys'' Fees (Document No. 23).

RESPECTFULLY SUBMITTED,

Dated:    February 14, 2012

KROHN & MOSS, LTD.

By: /s/Lee Cassie Yates
Lee Cassie Yates – Atty No. 91821
Attorney for Plaintiffs
KROHN & MOSS, LTD.
10 N Dearborn Ave, 3rd Fl

1

2

                                          Chicago, Illinois  60602
                                          (312) 578-9428

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the counsel(s) of record for Defendant via the Court's Electronic Court Filing ECF/CM system on February 14, 2012.

                                        By:  /s/ Lee Cassie Yates
                                               Lee Cassie Yates